UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KENNARD CROW, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:22-CV-749-SDJ-AGD |
| § | |
| HCL AMERICA TECHNOLOGIES § | |
| INC., § | |
| § | |
| Defendant. | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 13, 2023, the Report and Recommendation of the Magistrate Judge, (Dkt. #21), was entered containing proposed findings of fact and recommendation that Plaintiff's Amended Motion for Default Judgment, (Dkt. #17), be denied, and Defendant's Motion to Set Aside Default, (Dkt. # 18), be granted. Plaintiff timely filed objections to the Report (Dkt. #22). Plaintiff also refiled his response in opposition to Defendant's motion to set aside default (Dkt. #23).

Having assessed the Report, the record in this case, and having conducted a de novo review of the objections, the Court determines that the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

- 2 -

It is therefore **ORDERED** that Plaintiff's Amended Motion for Default Judgment, (Dkt. #17), is **DENIED**, and Defendant's Motion to Set Aside Default, (Dkt. # 18), is **GRANTED**.

**So ORDERED and SIGNED this 9th day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE