UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENNARD CROW, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00749- |
| | § | SDJ-AGD |
| HCL AMERICA TECHNOLOGIES, | § | |
| INC. | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter was previously referred to the United States Magistrate Judge for pretrial proceedings pursuant to 28 U.S.C. § 636. On February 10, 2025, the Magistrate Judge issued a Report and Recommendation, (Dkt. #57), recommending that Plaintiff Kennard Crow's pending default-judgment motions be denied. The next day, February 11, 2025, the Magistrate Judge issued a second Report and Recommendation, (Dkt. #58), recommending that Defendant HCL America, Inc.'s Motion for Summary Judgment be granted. On February 24, 2025, Crow filed an objection to the February 10, 2025, Report (Dkt. #59).

Having received the Reports of the Magistrate Judge, (Dkt. #57, Dkt. #58), considered Plaintiff's objection, (Dkt. #59), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports, (Dkt. #57, Dkt. #58), as the findings and conclusions of the Court.

- 2 -

It is therefore **ORDERED** that Plaintiff Kennard Crow's Second Amended Motion for Default Judgment (Dkt. #35) and Third Amended Motion for Default Judgment (Dkt. #40) are **DENIED**. It is further **ORDERED** that Defendant HCL America, Inc.'s Motion for Summary Judgment (Dkt. #53) is **GRANTED**. It is further **ORDERED** that Plaintiff's hostile work environment and sex discrimination claims are **DISMISSED WITHOUT PREJUDICE**. It is finally **ORDERED** that the remainder of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 26th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE